CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08-cv-00841-PAM-JSM
# Internal Use Only

Gardner v. Davol, Inc. et al
Assigned to: Senior Judge Paul A. Magnuson
Referred to: Magistrate Judge Janie S. Mayeron
Demand: $75,000
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 03/24/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Robert A. Gardner**

represented by **Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2008 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. (Filing fee $350 receipt number 40021668) assigned to Judge Paul A. Magnuson per Master List referred to Magistrate Judge Janie S. Mayeron, filed by Robert A. Gardner. (Attachments: # 1 Civil Cover Sheet) (jz) (Entered: 03/24/2008) |
| 03/24/2008 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (jz) (Entered: 03/24/2008) |
| 03/28/2008 | 2 | REQUEST FOR WAIVER of Service sent to Mr. Brian L. Burlew (Defense Counsel for Service of Process) on March 28, 2008 by Robert A. Gardner. Waiver of Service due by 4/28/2008. (Attachments: # 1 Attached Waiver Form)(Johnson, Charles) (Entered: 03/28/2008) |
| 03/28/2008 | 3 | CERTIFICATE OF SERVICE by Robert A. Gardner re 2 Request for Waiver of Service, Summons Issued, 1 Complaint, *(Awaiting Return of Waiver of Service by Defendants)* (Johnson, Charles) (Entered: 03/28/2008) |
| 04/17/2008 | 4 | WAIVER OF SERVICE Returned Executed filed by Robert A. Gardner. Davol, Inc. waiver sent on 3/28/2008, answer due 5/27/2008; C.R. Bard, Inc. waiver sent on 3/28/2008, answer due 5/27/2008. (Attachments: # 1 Cover Letter from Defendants re |

| | | |
|---|---|---|
| | | Waiver of Service of Summons Executed)(Johnson, Charles) (Entered: 04/17/2008) |
| 04/25/2008 | 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-18), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (JMH) (Entered: 04/25/2008) |